JOANNA R. MENDOZA, State Bar No. 148320
MALOVOS & MENDOZA, LLP
3620 American River Drive, Suite 215
Sacramento, CA  95864
(916) 974-8600
(916) 974-8608 FAX
jrm@malovoslaw.com

Attorneys for Defendant
TODD WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAUGHLIN,<br><br>    Plaintiff,<br><br>v.<br><br>TODD WALKER, and DOES 1 to 30,<br><br>    Defendants. | CASE NO.  2:06-CV-01932-WBS-KJM<br><br>ORDER RE STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271 |

Having received and reviewed the parties Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 16-271, the Court hereby orders the matter the Voluntary Dispute Resolution Program.

DATED: May  2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
ORDER RE STIPULATION TO ELECT REFERRAL TO VDRP PROGRAM

PDF created with pdfFactory trial version www.pdffactory.com