JOANNA R. MENDOZA, State Bar No. 148320
MALOVOS & MENDOZA, LLP
3620 American River Drive, Suite 215
Sacramento, CA  95864
(916) 974-8600
(916) 974-8608 FAX
jrm@malovoslaw.com

Attorneys for Defendant
TODD WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAUGHLIN,<br><br>    Plaintiff,<br><br>v.<br><br>TODD WALKER, and DOES 1 to 30,<br><br>    Defendants. | CASE NO.  2:06-CV-01932 - KJM<br><br>**STIPULATION TO FILE A DISPOSITIVE MOTION AND TO VACATE THE DATE FOR THE PRETRIAL CONFERENCE; DECLARATION OF JOANNA R. MENDOZA IN SUPPORT OF SAME; ORDER** |

    The parties hereto, through their undersigned counsel of record, hereby stipulate, under Local Rule 6.2, to have the date for the Pretrial Conference, currently schedule for November 7, 2007, vacated and reset to a later date.

    The parties further stipulate and agree that the defendant, Todd Walker, shall be allowed to file a Motion to Dismiss or, in the alternative, Motion for Summary Judgment, on the sole issue of the consequence, if any, of plaintiff Robert Laughlin's not seeking to register of apply for registration of his copyright rights at issue in the pleadings prior to bringing the subject copyright infringement action, with a hearing date to be set by the court accordingly. The parties stipulate and agree that a new date for the Pretrial Conference shall not be set until

a time after said motion has been heard and ruled upon by this court.

DATED: October 9, 2007                MALOVOS & MENDOZA, LLP

                                      BY: /s/ Joanna R. Mendoza
                                          JOANNA R. MENDOZA
                                          Attorneys for Defendant
                                          TODD WALKER

DATED: October 9, 2007                JACOBS, ANDERSON, POTTER & CHAPLIN

                                      By: /s/ Douglas Bram Jacobs
                                          DOUGLAS BRAM JACOBS
                                          Attorneys for Plaintiff
                                          ROBERT LAUGHLIN

**DECLARATION OF JOANNA R. MENDOZA**

I, Joanna R. Mendoza, declare:

    1.    I am an attorney at law duly admitted to appear in all the courts of the State of California as well as the United States Districts Courts for the Eastern and Northern Districts of California, and am a partner in the law firm of Malovos & Mendoza, LLP, attorneys of record Todd Walker, defendant in the above-captioned matter.

    2.    On September 28, 2007, I received notification from the Court that the Pretrial Conference had been set for November 7, 2007, at 11:00 a.m.  This matter had been previously set for a Pretrial Conference on October 22, 2007, with Judge Shubb.  However, on September 27, 2007, this matter was reassigned and all prior dates vacated.

    3.    On October 2, 2007, I received an email from Plaintiff's counsel, Douglas Jacobs, (emailed on October 1, 2007), stating that that he is unavailable to attend the Pretrial Conference on November 7, 2007, and asked that I stipulate to change the date since he has to be in court in Redding on that date.

    4.    In March of 2007, I was up for trial on another matter in the Sacramento County Superior Court.  When the matter did not get a courtroom immediately for the trial,

the parties were assigned to Department 39 and Judge Talmadge Jones as our trial judge.  We were scheduled for trial on Judge Jones' calendar for October 29, 2007.  Both parties have estimated the jury trial to take up to 5 or more court days to try.  Thus, even if the trial should be completed and the jury verdict in by the time of the November 7, 2007, Pretrial Conference, there will be no time for defendants' counsel to prepare for the conference for an approximate three-week period prior to the November 7th date.

5. On October 4, 2007, I responded to Mr. Jacobs via email with this proposed stipulation, asking that he stipulate to allow time for filing a dispositive motion in the *Laughlin v. Walker* case on the issue of registration only, and thereby putting off the Pretrial Conference until a time after such a motion would be heard by the court.

6. Extending the Pretrial Conference in this matter will not adversely impact any other scheduling in this case and will provide defendant time to bring a motion to dismiss or, in the alternative, for summary judgment on the issue of the plaintiff's failure to register or apply for registration of the subject copyright rights prior to bringing the action.  Now that discovery has concluded and the parties have made a good faith attempt at an informal resolution of this matter through the court's VDRP program, such a motion will likely either entirely conclude the case or, at the very least, eliminate a major issue that will need to be determine prior to trial in any case,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of October, 2007, in Sacramento, California.

   /s/ Joanna R. Mendoza
JOANNA R. MENDOZA

## **ORDER**

AS PROVIDED BY THE STIPULATION OF THE PARTIES, IT IS ORDERED that the Pretrial Conference in the above-captioned matter currently set for November 7, 2007, be vacated and a new date set, if necessary, following the determination of the Defendant's Motion to Dismiss or, Alternatively, Motion for Summary Judgment.  Defendant's motion shall be filed no later than November 7, 2007, and is set for hearing at 10:00 a.m. in Courtroom No. 26, on December 5, 2007.

DATED:  October 18, 2007.

_____
U.S. MAGISTRATE JUDGE

4
STIPULATE TO ALLOW FILING OF DISPOSITIVE MOTION AND CONTINUE PRETRIAL CONFERENCE; ORDER

## **ORDER**

AS PROVIDED BY THE STIPULATION OF THE PARTIES, IT IS ORDERED that the Pretrial Conference in the above-captioned matter currently set for November 7, 2007, be vacated and a new date set, if necessary, following the determination of the Defendant's Motion to Dismiss or, Alternatively, Motion for Summary Judgment.  Defendant's motion shall be filed no later than November 7, 2007, and is set for hearing at 10:00 a.m. in Courtroom No. 26, on December 5, 2007.

DATED:  October 18, 2007.

_____
U.S. MAGISTRATE JUDGE