JOANNA R. MENDOZA, State Bar No. 148320
MALOVOS & MENDOZA, LLP
3620 American River Drive, Suite 215
Sacramento, CA  95864
(916) 974-8600
(916) 974-8608 FAX
jrm@malovoslaw.com

Attorneys for Defendant
TODD WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAUGHLIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> TODD WALKER, and DOES 1 to 30, ) <br> ) <br> ) <br> Defendants. ) <br>  ) | CASE NO.  2:06-CV-01932 - KJM <br><br> **STIPULATION TO EXTEND DATES TO FILE AND FOR HEARING ON MOTION FOR SUMMARY JUDGMENT; ORDER** |

The parties hereto, through their undersigned counsel of record, hereby stipulate, under Local Rule 6.2, to have the deadline for defendant, Todd Walker, to file his motion for summary judgment be extended thirty (30) days, from November 7, 2007, to December 7, 2007, and for the date of the hearing thereon to similarly be extended thirty days, or more, as is convenient for the court's calendar in January 2008.

There are several reasons for the extension, all of which combined form the basis of "good cause" for the court to adopt the stipulation as the court's order.  First, defendant's counsel, Joanna R. Mendoza, is scheduled to begin a week-long civil trial in Sacramento County Superior Court on October 29, 2007 [*Gina Holmes v. Petrovich Development Company, et al.*, Case No. 05AS04356, Dept. 39, Hon. Talmadge Jones].   This is a firm date

set under the new civil case management program, and counsel expects to be using this week in trial preparation for next week's trial.  Thus, since the order from the court setting the deadline for filing the motion for summary judgment as November 7th was issued near the close of business on the 18th of October (last Thursday), counsel for Walker will not be able to comply with that deadline without causing severe prejudice to her client.   Both parties, in fact, would like to see the issue disposed before significant efforts are undertaken to prepare for trial in this matter.

Second, plaintiff's counsel, Douglas B. Jacobs, is also in the process of spending significant time preparing for a civil trial in Butte County which is scheduled to begin on November 26, 2007.  As a result, the period within which an opposition to the motion for summary judgment in this matter would need to be prepared and filed conflicts with the period in which Mr. Jacobs will be finishing his trial preparations and beginning trial on the other matter.  If the deadlines and hearing date are not moved in this case, both of his clients could suffer severe prejudice as a result.

Finally, the parties are continuing in a good faith effort to reach an informal resolution of this case following their recent participation in the Court's VDRP program.  If the parties are required to incur significant attorneys' fees for the motion for summary judgment or for trial on this matter in the near future, it could have a significantly negative impact upon the progress of settlement discussions.  Thus, to improve the possibility of an informal resolution to this matter, counsel for both parties urge the court to provide additional time before the motion must be filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: October 22, 2007              MALOVOS & MENDOZA, LLP


BY:  /s/ Joanna R. Mendoza
     JOANNA R. MENDOZA
     Attorneys for Defendant
     TODD WALKER

DATED: October 22, 2007              JACOBS, ANDERSON, POTTER & CHAPLIN


By:   /s/ Douglas Bram Jacobs
     DOUGLAS BRAM JACOBS
     Attorneys for Plaintiff
     ROBERT LAUGHLIN


**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that the defendant, Todd Walker, shall have additional time to file his motion for summary judgment up through December 26, 2007, and that the hearing on the motion for summary judgment, currently set for December 5, 2007, shall be continued to 10:00 a.m. on January 23, 2008.

DATED: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE